IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIRCHHOFF-CONSIGLI CONSTRUCTION MANAGEMENT, LLC, | : : : : | No.: 4:15-CV-01462 |
| Plaintiff, | : : | (Judge Brann) |
| v. | : : | |
| DELUXE BUILDING SYSTEMS, INC., | : : : : | |
| Defendant. | : | |

# **ORDER**

**AND NOW**, this 22nd day of August 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Deluxe Building Systems, Inc.'s Motion to Amend Counterclaim, August 26, 2016, ECF No. 45 is GRANTED in part and DENIED in part.

2. Defendant shall file its answer with amended counterclaims no later than September 5, 2017.

3. The Clerk of Court is directed to docket this Order as a "written opinion," pursuant to the E-Government Act of 2002.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge