# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIRCHHOFF-CONSIGLI CONSTRUCTION MANAGEMENT, LLC, | No. 4:15-CV-01462 |
| | (Judge Brann) |
| Plaintiff, | |
| v. | |
| DELUXE BUILDING SYSTEMS, INC., | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 29th day of June 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Partial Summary Judgment Striking Claim for Liquidated Damages, December 29, 2017, ECF No. 65, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge